FILED

Aug 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    Inseon.Jeong@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. CORTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 5:19-CV-07476-NC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the medical evidence and Plaintiff's subjective complaints.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                            Respectfully submitted,

| | | | |
|---|---|---|---|
| 1 | Dated: August 26, 2020 | By: | */s/ Rachel Sue Sussman* |
| 2 | | | (*as authorized via email on 8/26/2020) |
| | | | RACHEL SUE SUSSMAN |
| 3 | | | Attorney for Plaintiff |

DAVID L. ANDERSON
United States Attorney

Dated: August 26, 2020      By:      */s/ In Seon Jeong*
                                     IN SEON JEONG
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:    August 27, 2020

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

5:19-CV-07476-NC                              2